UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BONNIE KRAMER, Individually, <br><br> Plaintiff, <br><br> v. <br><br> INLAND REAL ESTATE CORPORATION <br> A Foreign Corporation <br><br> Defendant. | Case No. 1:13-cv-7037 |

**JOINT STIPULATION OF
DISMISSAL WITH PREJUDICE**

Plaintiff Bonnie Kramer, ("Plaintiff") and Defendant, Inland RE Corp. ("Defendant"), by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the voluntary dismissal with prejudice of the above-captioned matter.

1. All of Plaintiff's claims in this Lawsuit will be dismissed with prejudice.

2. Each party shall bear its own attorneys' fees, expert fees, litigation expenses and costs incurred in litigating these claims except as otherwise agreed to between the parties.

| By: /s/ Pete M. Monismith | By: /s/ Erin Bolan Hines |
|---|---|
| Pete M. Monismith, Esq. <br> Pete M. Monismith, P.C. <br> Admitted Pro Hac Vice <br> 3945 Forbes Ave., #175 <br> Pittsburgh, PA 15213 <br> ph. (724) 610-1881 <br> pete@monismithlaw.com <br> **Attorneys for Plaintiff** | Erin Bolan Hines <br> Baker & Hostetler, LLP <br> 191 N. Wacker Drive, Suite 3100 <br> Chicago, IL 60606 <br> Phone: 312-416-6200 <br> Facsimile: 312-416-6201 <br> Email: ehines@bakerlaw.com <br> **Attorneys for Defendant** |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this February 27, 2014, the foregoing document has been served via the Court's electronic filing system upon all parties of record.

                                                    /s/ Pete Monismith
                                                  Pete Monismith